

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00124-CR

**BILLY JOE HARRIS,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 278th District Court**
**Leon County, Texas**
**Trial Court No. CM-11-50**

## O R D E R

On April 3, 2003, the State filed the "State's Amended Motion to Redact Record of All Victim's Identifying Information" seeking to redact identifying information of victims pursuant to Code of Criminal Procedure article 57.02. *See* TEX. CODE CRIM. PROC. ANN. art. 57.02.

In that motion the State seeks to redact any social security numbers of three victims contained in three exhibits admitted during the trial, numbers 1117, 1134, and 1148. This Court abated this proceeding for the trial court to conduct a hearing to

determine which portions of the record or exhibits should be redacted, if any.  After a hearing conducted by the trial court, the trial court determined that the exhibits should be redacted to remove social security numbers of the three victims as follows:

State's Exhibit number 1117 on page 1
State's Exhibit number 1134 on page 1
State's Exhibit number 1148 on pages 1 and 15

The trial court filed findings of fact and conclusions of law that the record should be redacted prior to the record being sent to Harris.

The trial court's findings are approved and the State's motion is granted. Appellate counsel for Harris is hereby ordered to ensure that the social security numbers of the victims in the exhibits set forth above are redacted from the record prior to submitting a copy of the record to Harris as required by the procedures set forth in *Anders v. California*.  Counsel is further ordered to send the redacted record to Harris within ten (10) days of the date of this Order.  Counsel is further ordered to send this Court proof of delivery to Harris within five (5) days of the date of delivery.

Harris has filed several motions to extend the time to file his response to counsel's motion to withdraw.  Those motions are granted to the extent that Harris's response to appellate counsel's motion to withdraw and brief in support is due within 45 days of the date of this order.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Order issued and filed on June 27, 2013
Do not publish